1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  PEGGY SASSO, Bar #228906
   JEREMY KROGER, Bar # 258956
3  Assistant Federal Defenders
   Designated Counsel for Service
4  2300 Tulare Street, Suite 330
   Fresno, California 93721-2226
5  Telephone: (559) 487-5561

6  Counsel for Defendant
   DAMION RAMON WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:11-cr-0039 OWW |
| Plaintiff, | ORDER REGARDING HEARING ON DEFENDANT'S MOTION FOR DISCOVERY |
| v. | |
| DAMION RAMON WILLIAMS, | Judge: Hon. Oliver W. Wanger |
| Defendant. | |

On July 18, 2011, the Court heard Defendant Damion Ramon Williams' motion for discovery. Upon consideration of the written and oral arguments of the parties, AND GOOD CAUSE APPEARING, the Court hereby orders discovery to the extent required under applicable statutory and constitutional authority.

IT IS SO ORDERED.

**Dated:   July 25, 2011**              /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE