```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  PEGGY SASSO, CA Bar #228906
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  DAMION RAMON WILLIAMS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:11-cr-0039 OWW |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS<br>) CONFERENCE HEARING; |
| v. | ) ORDER |
| DAMION RAMON WILLIAMS, | ) Date: August 22, 2011<br>) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Oliver W. Wange |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Elana Landau, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, counsel for Defendant Damion Ramon Williams, that the hearing currently set for August 8, 2011 at 9:00 a.m., **may be rescheduled to August 22, 2011 at 9:00 a.m.**

This continuance is at the joint request of counsel to allow for further plea negotiations.  The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

///

///

1    The parties agree that the delay resulting from the continuance shall be excluded pursuant to the
2    Speedy Trial Act of 1974, 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(i) and (iv), and that good cause
3    exists, and that the ends of justice served by the granting of such continuance outweigh the best interests
4    of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

Dated: August 2, 2011        /s/ *Elana Landau*
                             ELANA LANDAU
                             Assistant United States Attorney
                             Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

Dated: August 2, 2011        /s/ *Peggy Sasso*
                             PEGGY SASSO
                             Assistant Federal Defender
                             Attorney for Defendant
                             Damion Ramon Williams


**ORDER**

**IT IS SO ORDERED.**

DATED: August 3, 2011

 /s/ OLIVER W. WANGER
OLIVER W. WANGER
United States District Court
Eastern District of California