```
 1   DANIEL J. BRODERICK, Bar #89424
     Federal Defender
 2   PEGGY SASSO, Bar #228906
     Assistant Federal Defender
 3   JEREMY S. KROGER, Bar #258956
     Designated Counsel for Service
 4   2300 Tulare Street, Suite 330
     Fresno, California 93721-2226
 5   Telephone: (559) 487-5561

 6   Attorney for Defendant
     DAMION RAMON WILLIAMS
 7
 8
                    IN THE UNITED STATES DISTRICT COURT
 9
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   UNITED STATES OF AMERICA,          )   NO. 1:11-cr-0039 LJO
                                        )
12              Plaintiff,              )   STIPULATION TO CONTINUE SENTENCING;
                                        )   ORDER
13       v.                             )
                                        )   Date:  January 17, 2012
14   DAMION RAMON WILLIAMS,             )   Time:  9:00am
                                        )   Judge: Hon. Lawrence J. O'Neill
15              Defendant.              )
                                        )
16   _____)
```

17      **IT IS HEREBY STIPULATED** by and between the parties through their respective counsel,

18 Assistant United States Attorney Elana Landau, Counsel for Plaintiff, and Assistant Federal Defenders

19 Peggy Sasso and Jeremy S. Kroger, counsel for Defendant Damion Ramon Williams, that the hearing

20 currently set for December 19, 2011 at 1:00 p.m. **may be rescheduled to Monday, January 17, 2012 at**

21 **9:00 a.m.**

22      This matter was initially set for a contested sentencing hearing before Judge Wanger. Following

23 the retirement of Judge Wanger, the matter was inadvertently shifted to the regular criminal calendar. The

24 parties received the Presentence Investigation Report this week, and now ask that the matter be taken off

25 the regular criminal calendar and be re-scheduled for a contested sentencing hearing at 9:00 a.m. on

26 January 17, 2012. The requested continuance will conserve time and resources for both counsel and the

27 court.

28 ///

1 | The parties agree that the delay resulting from the continuance shall be excluded pursuant to the
2 | Speedy Trial Act of 1974, 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(i) and (iv), and that good cause
3 | exists, and that the ends of justice served by the granting of such continuance outweigh the best interests
4 | of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

Dated: November 21, 2011 /s/ *Elana Landau*
ELANA LANDAU
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

Dated: November 21, 2011 /s/ *Peggy Sasso*
PEGGY SASSO
Assistant Federal Defender
Attorney for Defendant
Damion Ramon Williams

## ORDER

**Granted. One week prior to the** date for the hearing, counsel must file a one page summary of exactly what the issue of the contest is that is being set for hearing.

IT IS SO ORDERED.

**Dated: November 22, 2011** /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

Damion Ramon Williams - Stipulation to Continue
Sentencing; [Proposed] Order −2−